# ORIGINAL

**FILED**

JUL 1 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SCHLEY
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    )
11                              Plaintiff,       )    No. CR 4-05-70539-WDB
12          v.                                   )    DUTY MATTER
13  DAVID ALBERT SCHLEY                          )    STIPULATION OF PARTIES;
                                                 )    [PROPOSED] ORDER MODIFYING
14                              Defendants.       )    RELEASE CONDITIONS
                                                 )
15                                               )    HON. ~~EDWARD M. CHEN~~
                                                 )        NANDOR VADAS

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Schley to leave the Cornell Corrections facility between the hours of 9:30 a.m. and 5:00 p.m. on Wednesday, July 20, 2005 so that he may attend to his son's birthday party and be with his wife as she undergoes surgery, provided he supply the Pretrial Services Agency with complete schedule and contact information and report to the Agency as directed.

1 | Pretrial Services Officer Stephen Sheehan has been contacted, and he has no opposition to this

2 | request.

3 |

4 | DATED:

5 |

6 | KIRSTEN AULT
    Assistant United States Attorney

7 |

8 | DATED: 7-19-05

9 |

10 | JOHN PAUL REICHMUTH
     For SHAWN HALBERT

11 | Assistant Federal Public Defender

12 |

13 |                         ORDER

14 |    Good cause appearing therefore, it is hereby ORDERED that the release conditions in this

15 | case be modified to permit Mr. Schley to leave the Cornell Corrections facility between the hours

16 | of 9:30 a.m. and 5:00 p.m. on Wednesday, July 20, 2005 so that he may attend to his son's

17 | birthday party and be with his wife as she undergoes surgery, provided he supply the Pretrial

18 | Services Agency with complete schedule and contact information and report to the Agency as

19 | directed.

20 |

21 |

22 | DATED: July 19, 2005

23 |

24 |

25 | HON. ~~EDWARD M. CHEN~~ NANDOR VADAS
     UNITED STATES MAGISTRATE JUDGE

26 |