IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00509 CW |
| Plaintiff, ) ) | STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION |
| v. ) ) | OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| ) ) | |
| DAVID ALBERT SCHLEY, ) ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea/setting date of August 15, 2005 at 2:30 p.m. before the Honorable Claudia Wilken be continued to August 22, 2005 at 2:30 p.m.

The requested continuance and request for exclusion of time is sought under The Speedy Trial Act, 18 U.S.C. §§ 3161(H)(8)(A) and (B)(iv).  The defense is still in the process of reviewing discovery and investigating the case.  The parties jointly request that the matter be continued for one week.

For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a

- 1 -

1 speedy trial because the failure to grant such a continuance would unreasonably deny counsel for
2 the defendant the reasonable time necessary for effective preparation, taking into account the
3 exercise of due diligence.  Thus, taking into account the exercise of due diligence, the parties
4 stipulate and agree to exclude time between August 15 and August 22, 2005 under 18 U.S.C.
5 §§3161(h)(8)(A) and (B)(iv).
6 IT IS SO STIPULATED.

7 DATED: August 9, 2005
8 /S/
   _____
9 KIRSTIN AULT
   Assistant United States Attorney
10 DATED: August 9, 2005
11
12 /S/
   _____
   SHAWN HALBERT
13 Assistant Federal Public Defender

17    I hereby attest that I have on file all holographic signatures indicated by a "conformed"
18 signature (/S/) within this efiled document.

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

The ends of justice served by the continuance requested herein, from August 15, 2005 to August 22, 2005, outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED that time be excluded under the Speedy Trial Act, 18 U.S.C. Section 3161(H) (8)(A) and (B)(iv) from August 15, 2005 to August 22, 2005.

IT IS FURTHER ORDERED that the change of plea/setting date of August 15, 2005, scheduled at 2:30 p.m., before this Court, be continued to August 22, 2005, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 8/15/05

_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE