BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627

Counsel for Defendant SCHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ALBERT SCHLEY | )<br>) No. CR-05-00509-CW<br>)<br>) ORDER CONTINUING DATES<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

　　IT IS HEREBY ORDERED that the SENTENCING HEARING of November 28, 2005, presently scheduled at **2:30** p.m., before the Honorable Claudia Wilken, be vacated and a re-set for February 13, 2006 at **2:30** p.m.

DATED: 11/16/05

　　　　　　　　　　　　　　　　　　_/s/ Claudia Wilken_
　　　　　　　　　　　　　　　　　　HON. CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE