BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. Suite 650
Oakland, CA 94607-3627

Counsel for Defendant SCHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 05-00509 CW |
| Plaintiff, | ) [WDB - DUTY MATTER] |
| v. | ) **AMENDED** STIPULATION OF PARTIES; ORDER MODIFYING RELEASE CONDITIONS |
| DAVID ALBERT SCHLEY | ) |
| Defendants. | ) HON. WAYNE D. BRAZIL |

　　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Schley to leave the Cornell Corrections facility between the hours of 9:00 a.m. and 9:00 p.m. on Thursday, November 24, 2005 for the Thanksgiving Holiday.  He is to spend all time away from Cornell Corrections at the home of his father Albert Schley, 1472 Linfield Ln., Hayward 94545 and his former Mother-in-law Joyce Silva, 951 Torrano Ave., Apt. 110, Hayward, CA 94542.  All travel must be direct between Cornell and these locations.  Mr. Schley is to provide all contact information to Steve Sheehan, Pretrial Services Offcier.  All previously imposed release condictions remain in effect, and Mr. Schley is to obey all court orders imposed on him by any court.

Pretrial Services Officer Stephen Sheehan has been contacted, and he has no opposition to this request.

DATED: November 22, 2005         /S/
                                 KIRSTIN AULT
                                 Assistant United States Attorney

DATED: November 22, 2005         /S/
                                 JOHN PAUL REICHMUTH
                                 Assistant Federal Public Defender

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Good cause appearing therefore, it is hereby ORDERED that the release conditions in this case be modified to permit Mr. Schley to leave the Cornell Corrections facility between the hours of 9:00 a.m. and 9:00 p.m. on Thursday, November 24, 2005 for the Thanksgiving Holiday. He is to spend all time away from Cornell Corrections at the home of his father Albert Schley, 1472 Linfield Ln., Hayward 94545 and his former Mother-in-law Joyce Silva, 951 Torrano Ave., Apt. 110, Hayward, CA 94542. All travel must be direct between Cornell and these locations. Mr. Schley is to provide all contact information to Steve Sheehan, Pretrial Services Officer. All previously imposed release conditions remain in effect, and Mr. Schley is to obey all court orders imposed on him by this or any other court.

DATED: November 22, 2005

_____
WAYNE D. BRAZIL
United States Magistrate Judge