BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12th St. – Ste. 650
Oakland, CA 94607-3627
1-510-637-3500

Counsel for Defendant SCHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR-05-00509-CW |
| Plaintiff, ) | |
| ) | ORDER MODIFYING |
| v. ) | CONDITIONS OF RELEASE |
| ) | |
| DAVID ALBERT SCHLEY ) | |
| ) | |
| ) | |
| _____) | |

**ORDER**

Following a hearing on this matter, and based on the signed written acknowledgment by Rebecca Schley as Surety and custodian, it is hereby

ORDERED that the Pretrial Release conditions in this case be modified to permit Mr. Schley, the defendant in this criminal action to reside at his apartment at 27475 Hesperian Blvd., Apt. 19, Hayward, CA and spend time at the residence of his father Albert Schley at 1472 Linfield Ln., Hayward, CA 94545; it is further

ORDERED that Rebecca Schley remain as a surety on the release bond in the amount of $100,000; it is further

1   ORDERED that Rebecca Schley act as Mr. Schley's custodian; that she keep reasonably
2  apprised of his whereabouts and activities; that she have face-to-face contact with Mr. Schley at
3  least once per day; and that she immediately report any violations by Mr. Schley of his release
4  conditions to the Pretrial Services Agency or this Court, under penalty of contempt of court; it is
5  further
6   ORDERED that all other previously imposed conditions shall remain in effect.
7
8  Dated:  12-6-05



Hon. Wayne D. Brazil
United States Magistrate Judge