1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 12th St. – Ste. 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant SCHLEY
5

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,              )
                                           )   No. CR-05-00509-CW
11                        Plaintiff,       )
                                           )   [PROPOSED] ORDER CONTINUING
12           v.                            )   FURTHER SENTENCING HEARING
                                           )   REGARDING FINE AMOUNT
13  DAVID ALBERT SCHLEY                    )
                                           )
14                                         )
                                           )
15                                         )
                                           )
16  _____

17
                              **ORDER**
18

19
         IT IS HEREBY ORDERED that FURTHER SENTENCING HEARING REGARDING FINE
20
    AMOUNT of February 27, 2006, presently scheduled at 2:30 p.m., before the Honorable Claudia
21
    Wilken, be vacated and a re-set for March 13, 2006 at 2:30 p.m.
22
    DATED:    2/27/06
23
                              _____
24                                 HON. CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE
25

26