1    BARRY J. PORTMAN
     Federal Public Defender
2    JOHN PAUL REICHMUTH
     Assistant Federal Public Defender
3    555 12TH St. – Suite 650
     Oakland, CA 94607-3627
4    Telephone:  (510) 637-3500

5    Counsel for Defendant SCHLEY

6

7

8           IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,           )    No. CR-05-00509-CW
                       Plaintiff,        )

12                                  )    ORDER TO EXTEND TIME FOR
       v.                       )    SELF-SURRENDER

13                                  )
   DAVID ALBERT SCHLEY            )

14                                  )
                   Defendant.       )

15    _____ )

16       Based on the stipulation of the parties and good cause appearing therefore, the self-surrender

17    date for Mr. Schley to his designated place of confinement is hereby EXTENDED from April 17,

18    2006 until May 15, 2006.  Mr. Schley is hereby ORDERED to report to his designated place of

19    confinement, as notified by the United States Marshal, on or before 2:00 p.m. on May 15, 2006.  All

20    other conditions contained within the Amended Order for Voluntary Surrender of March 13, 2006,

21    shall remain in effect.

22

23    Dated: April 17, 2006

24

25                               _____
                              HON. CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

26

SCHLEY STIP/SURRENDER         - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

SCHLEY STIP/SURRENDER             –  2  –