BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 12TH St. – Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant SCHLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID ALBERT SCHLEY ) <br> ) <br> Defendant. ) <br> ) | No. CR-05-00509-CW <br><br> ORDER TO EXTEND TIME FOR SELF-SURRENDER |

Based on the stipulation of the parties and good cause appearing therefore, the self-surrender date for Mr. Schley to his designated place of confinement is hereby EXTENDED from May 15, 2006 until June 5, 2006. Mr. Schley is hereby ORDERED to report to his designated place of confinement, FCI Terminal Island, or as otherwise notified by the United States Marshal, on or before 2:00 p.m. on June 5, 2006. All other conditions contained within the Amended Order for Voluntary Surrender of March 13, 2006, shall remain in effect.

Dated: May 11, 2006

*/s/ Claudia Wilken*
_____
HON. CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

SCHLEY STIP/SURRENDER        - 1 -